UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON SIMMONS, ) | |
| Petitioner, ) | 2:10-cv-1272-RLH-LRL |
| vs. ) | **ORDER** |
| DWIGHT NEVENS, *et al.*, ) | |
| Respondents. ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing fee for habeas petitions or an application to proceed *in forma pauperis*.

**IT THEREFORE IS ORDERED** that this action is **DISMISSED** without prejudice to the filing of a **new petition in a new action**. The Clerk of the Court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same,

two copies of a blank 28 U.S.C. § 2254 habeas petition form, and one copy of instructions for the same.

DATED this 4th day of August, 2010.

_____
ROGER L. HUNT
Chief United States District Judge